PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Antwon Lee Small Jr.** **Docket No. 5:25-CR-82-1FL**

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Jonathan A. Holmes, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Antwon Lee Small Jr., who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 9th day of May, 2025.

The defendant appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge for arraignment on the 8th day of April, 2026, and supervision was continued under existing conditions. The defendant's condition requiring curfew with location monitoring was removed.

On June 16, 2026, a violation report was submitted due to the defendant providing a urinalysis test which was positive for methamphetamine. He was allowed to remain on pretrial release and continue his substance abuse treatment at Healing Transitions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant's current Order Setting Conditions of Release includes a condition that if the defendant ceases participation in the Healing Transitions inpatient treatment program for any reason, he is to return to his father's residence.

The defendant recently completed the Healing Transitions inpatient treatment program and has moved into a sober living house in Raleigh, North Carolina. It is the recommendation of the Probation Office that the condition requiring him to return to his father's residence be removed. If allowed to remain in Raleigh, North Carolina, the defendant would be able to maintain his employment and continue to take advantage of local treatment resources including outpatient services at Healing Transitions.

The Probation Office contacted AUSA Lester and AFPD Wicclair regarding this modification. There are no objections to the proposed modification.

**PRAYING THAT THE COURT WILL ORDER** that the following condition be removed:

(s) The defendant shall participate in the Healing Transitions long-term in-patient treatment program and comply with all of the program's requirements. Defendant must notify his probation officer within 24 hours if he ceases participating in the program for any reason and return to his father's residence.

Except as herein modified, the Order Setting Conditions of Release shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jonathan A. Holmes
Jonathan A. Holmes
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8699
Executed On: August 4, 2026

**ORDER OF THE COURT**

Considered and ordered the 4 day of August, 2026, and ordered filed and made part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge